IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| 4612 S. 88TH LLC, a Nebraska Limited Liability Company; OO7, LLC, a Nebraska Limited Liability Company; and 8526 I STREET, a Nebraska Limited Liability Company;<br><br>Plaintiffs,<br><br>vs.<br><br>TRI-STATE INSURANCE COMPANY OF MINNESOTA, an Iowa Corporation; and AUTO-OWNERS INSURANCE COMPANY, a Michigan Corporation;<br><br>Defendants. | 8:24CV245<br><br>**FINAL PROGRESSION ORDER**<br><br>**(AMENDED)** |

The parties' joint stipulation to extend progression order deadlines, Filing No. 69, is approved.

Accordingly,

IT IS ORDERED that the final progression order is amended as follows:

1) The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings currently set for July 1, 2025 is <u>continued</u> and will be held with the undersigned magistrate judge on **September 30, 2025** at **9:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2)     The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is May 30, 2025. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by June 30, 2025.

    **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

3)     The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is September 30, 2025.

4)     The deadline for filing motions to dismiss and motions for summary judgment is October 30, 2025.

5)     The deadline for filing motions to exclude testimony on *Daubert* and related grounds is September 30, 2025.

6)     All other deadlines and provisions in the Court's prior final progression orders not amended herein remain unchanged.

Dated this 26th day of June, 2025.

                                           BY THE COURT:

                                           *s/ Jacqueline M. DeLuca*

                                           United States Magistrate Judge