IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| 4612 S. 88TH LLC, a Nebraska Limited Liability Company; OO7, LLC, a Nebraska Limited Liability Company; and 8526 I STREET, a Nebraska Limited Liability Company;<br><br>Plaintiffs,<br><br>vs.<br><br>TRI-STATE INSURANCE COMPANY OF MINNESOTA, an Iowa Corporation; and AUTO-OWNERS INSURANCE COMPANY, a Michigan Corporation;<br><br>Defendants. | 8:24CV245<br><br>INTERNET CONFERENCING INSTRUCTIONS |

The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on June 23, 2026 beginning at 10:00 a.m., and will be conducted by Zoom conferencing.

Accordingly, IT IS ORDERED:

1) All counsel will appear by videoconference using Zoom. At the time of the conference, counsel must be connected to the videoconference using the connection information below:

   https://ned-uscourts.zoomgov.com/j/1600047968?pwd=5rVXC1H5U7jto5aoSW8XYoPnMWX0Wa.1

1

Meeting ID:  160 004 7968

Password: 616012

IP/H.323: 161.199.138.10

Dated this 30th day of September, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge