IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| 4612 S. 88th STREET, LLC, a Nebraska Limited Liability Company; OO7, LLC, a Nebraska Limited Liability Company; and 8526 I STREET, a Nebraska Limited Liability Company,<br><br>                 Plaintiffs,<br><br>v.<br><br>TRI-STATE INSURANCE COMPANY OF MINNESOTA, an Iowa Corporation; and, AUTO-OWNERS INSURANCE COMPANY, a Michigan Corporation,<br><br>                 Defendants. | CASE NO. **8:24-CV-00245**<br><br>**ORDER GRANTING STIPULATED MOTION FOR LIMITED DISMISSAL OF CLAIMS** |

    THIS MATTER is before the Court on the Stipulated Motion for Limited Dismissal of Claims (Doc. 101) filed by the parties. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Court, having reviewed the parties' Stipulated Motion for Limited Dismissal of Claims and being otherwise fully advised in the premises, hereby orders as follows:

1. All claims filed on behalf of Plaintiff OO7, LLC, referring or relating to alleged physical damages sustained at the real property and improvements known as 8833 J Street, Omaha, Nebraska are hereby dismissed with prejudice; with each party paying their own costs and fees, complete record waived;

2. The breach of the covenant of good faith and fair dealing claims alleged by Plaintiffs 4612 S. 88th Street, LLC, and OO7, LLC, against Defendant Auto-Owners Insurance Company are hereby dismissed with prejudice; with each party paying their own costs and fees, complete record waived;

3. The breach of contract claims filed on behalf of Plaintiff OO7, LLC, referring or relating to alleged physical damages sustained at the real property and improvements known as

    8811 J Street, Omaha, Nebraska are preserved, shall continue, and shall remain on the Court's active docket;

4. The breach of contract claims filed on behalf of Plaintiff 4612 S. 88th Street, LLC, are preserved, shall continue, and shall remain on the Court's active docket; and,

5. All claims filed on behalf of Plaintiff 8526 I Street, LLC, in this matter are hereby dismissed with prejudice; with each party paying their own costs and fees, complete record waived. All other parties remain on the docket.

**IT IS SO ORDERED.**

DATED this 2nd day of October, 2025.

_____
The Honorable Joseph F. Bataillon
United States District Judge

***Attorneys for Defendant Auto-Owners Insurance Company***

<u>s/ Brooke H. McCarthy</u>
Tory M. Bishop, Neb. #18527
Brooke H. McCarthy, Neb. #25077
Kutak Rock, LLP
1650 Farnam Street
Omaha, NE 68102-2186
402-346-6000 Phone
Tory.bishop@kutakrock.com
Brooke.mccarthy@kutakrock.com
***Attorneys for Defendant Tri-State Insurance Company of Minnesota***

3